JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-10971 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Charlie James, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Charlie James, in the principal amount of $2,402.84 plus interest accrued to November 20, 2012, in the sum of $5,197.60; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**7,600.44**.

DATED: January 11, 2013       By: TERRY NAFISI
                                   Clerk of the Court

                              /s/ Jenny Lam
                              Deputy Clerk
                              United States District Court